Cassie Springer Ayeni
cassie@benefitslaw.com
Cal State Bar No. 221506
SPRINGER AYENI,
A PROFESIONAL LAW
CORPORATION
1901 Harrison St., Suite 1100
Oakland, CA 94612
Tel:  510.926.6768
Fax:  1.510.926.6768
*Attorney for Plaintiff*

Anna Martin
amartin@rimacmartin.com
Cal State Bar No. 154279
RIMAC MARTIN, P.C.
1051 Divisadero St.
San Francisco, CA 94115
Tel:  415.561.8440
Fax:  415.561.8430
*Attorney for Defendant Life Insurance Company of North America*

Stephanie D. Ahmad
Cal State Bar No. 284040
ahmads@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Ave., 5th Floor
East Palo Alto, CA 94303
Tel: 650.328.8500
Fax: 650.328.8508

Todd D. Wozniak (Admitted pro hac vice)
wozniakt@gtlaw.com
GREENBERG TRAURIG, LLP
3333 Piedmont Road NE, Suite 2500
Atlanta, Georgia 30305
Tel: 678.553.2100
Fax: 678.553.2212
*Attorneys for Defendant VMware, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CURT HUETTINGER<br>　　Plaintiff(s),<br><br>　　vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA; VWARE, INC.<br><br>　　Defendant(s). | Case Number: 3:16-cv-05397-HSG<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND ORDER**<br><br>**Fed. R. Civ. P. 41(a)** |

TO THE CLERK OF THE COURT, THE HONORABLE HAYWOOD S. GILLIAM, JR., ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

Case No. 3:16-cv-05397-HSG    ---   Stipulated Dismissal & [Proposed] Order

It is hereby stipulated by and between Plaintiff CURT HUETTINGER and Defendants LIFE INSURANCE COMPANY OF NORTH AMERICA and VWARE, INC., through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice. Each party shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED**

Dated: January 12, 2017        /s/ Cassie Springer Ayeni, *Attorney for Plaintiff*
Dated: January 12, 2017        /s/ Anna Martin, *Attorney for Defendant LINA*
Dated: January 12, 2017        /s/ Todd Wozniak, *Attorney for Defendant VMWare, Inc.*

**Signature Attestation:**

I, Cassie Springer Ayeni, hereby attest that concurrence in the filing of this document has been obtained from the other signatories on this document.

Dated: January 12, 2017        /s/ Cassie Springer Ayeni

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

This action is hereby dismissed with prejudice. All case deadlines shall be vacated. Each party shall bear its own attorneys' fees and costs.

Dated: January 17, 2017        *[signature: Haywood S. Gilliam Jr.]*
UNITED STATES DISTRICT JUDGE
HAYWOOD S. GILLIAM, JR.

Case No. 3:16-cv-05397-HSG   ---   Stipulated Dismissal & [Proposed] Order